CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 05 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON WAYNE GREY, ) | Civil Action No. 7:17-cv-00414 | |
|    Plaintiff, ) | | |
| ) | **MEMORANDUM OPINION** | |
| v. ) | | |
| ) | | |
| NEW RIVER VALLEY REGIONAL ) | By: Hon. Glen E. Conrad | |
| JAIL, ) | United States District Judge | |
|    Defendant(s). ) | | |

Brandon Wayne Grey, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered September 5, 2017, the court directed plaintiff to submit within 20 days from the date of the order to submit to the court an inmate account form, and certified copies of plaintiff's trust fund account statements. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of October, 2017.

_____
United States District Judge