CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
OCT 05 2017
JULI... ...LEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON WAYNE GREY,<br>    Plaintiff, | Civil Action No. 7:17-cv-00414 |
| v. | **DISMISSAL ORDER** |
| NEW RIVER VALLEY REGIONAL JAIL,<br>    Defendant(s). | By:  Hon. Glen E. Conrad<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of October, 2017.

/s/ Glen E. Conrad
United States District Judge